UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEON EPHION (#256615)

VERSUS

WARDEN JAMES M. LEBLANC

CIVIL ACTION

NO. 06-912-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 20, 2009 (doc. no. 23) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DENIED and this action is DISMISSED.

Baton Rouge, Louisiana, this 18th day of March, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE